AO91 (Rev. 12/03) Criminal Complaint  Felony  AUSA  United States District Court / Southern District of Texas FILED

# UNITED STATES DISTRICT COURT

FEB 1 4 2017

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Juan Carlos OSORIO-Acevedo
A206 224 204 Mexico
AKA Juan Carlos OSORIO-Acevedo, Carlos JIMENEZ-Rindon

**CRIMINAL COMPLAINT**

Case Number: B-17- MJ-251

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __February 13, 2017__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on February 13, 2017. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on May 14, 2015. The defendant was convicted of Assault 2nd Degree With Intent to Cause Physical Injury with Weapon/ Instrument on November 26, 2014. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $337.00 Dollars and $3300.00 MX Pesos in his possession at time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

_Signature of Complainant_

Rodriguez, Julio M.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 14, 2017                            at   Brownsville, Texas
Date                                              City/State

Ronald G. Morgan       U.S. Magistrate Judge
Name of Judge          Title of Judge              Signature of Judge